## TINKER v. SCHARNHORST.

No. 16538—Opinion Filed Dec. 22, 1925.

Rehearing Denied Jan. 19, 1926.

(Syllabus.)

Appeal and Error—Necessity for Petition in Error.

The filing of a purported case-made in the Supreme Court institutes no action therein, in the absence of a petition in error, required by section 782, Comp. St. 1921.

Error from District Court, Osage County; Jesse J. Worten, Judge.

Action between Louis Tinker and Charles Scharnhorst. From the judgment, the former appeals. Dismissed.

Humphrey & Spence, for plaintiff in error.

Hiller & Jacobson, for defendant in error.

NICHOLSON, C. J. This cause is before us on motion of the defendant in error to dismiss the appeal.

On June 26, 1925, there was filed in the office of the clerk of the court what purports to be a case-made, entitled as above, but no petition in error has been filed, as required by section 782, C. O. S. 1921. Therefore, no action has been instituted in this court. McMasters v. English, 26 Okla. 818, 110 Pac. 1070; Dill v. Marks, 53 Okla. 142,

155 Pac. 521; Sterling v. Boucher, 79 Okla. 32, 190 Pac. 1090.

The appeal is dismissed.

All the Justices concur.

Note.—See under (1) 3 C. J. p. 1082, § 1093